Adrian Jeremiah Brown, Petitioner v. The People of the State of Colorado. Respondent: No. 22SC201
Supreme Court of Colorado, En Banc
October 24, 2022
 Court of Appeals Case No. 18CA1099 
 
 Petition for Writ of Certiorari DENIED. 
 JUSTICE HOOD and JUSTICE HART would grant as to the following issue: 
 Whether the majority of the appellate panel erred in its application of the Colorado Supreme Court's analytical framework set forth in People in the Interest of R.D., 2020 CO 44, 464 P.3d 717, for determining whether a statement is a "true threat" and not constitutionally protected when the statement was made not on social media but in a courtroom by a pro se litigant during an emotionally charged dependency and neglect proceeding. 
 1